## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| JODY PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-00106-SNLJ |
| v. ) | |
| ) | |
| GRINNELL SELECT INS. CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

This matter is before the Court on defendant's motion to deem admitted its first requests for admission [Doc. 18]. Plaintiff's responses were due on November 21, 2022. Federal Rule of Civil Procedure 36(a)(6) states that if a party fails to timely respond to requests for admission, then such requests are deemed admitted. Although such an admission appears to occur by operation of the Rule, and thus no order is required, the Court will permit plaintiff to respond to the motion. However, because the parties' motions for summary judgment are due on December 9, 2022, the Court will order expedited briefing.

Accordingly,

IT IS HEREBY ORDERED that plaintiff shall file any response to defendant's motion [Doc. 18] no later than December 5, 2022. Any reply memorandum shall be due on December 6, 2022.

Dated this 1st day of December, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE