**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JODY PITTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-00106-SNLJ |
| v. | ) | |
| | ) | |
| GRINNELL SELECT INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM and ORDER</u>**

This matter is before the Court on defendant's motion to deem admitted its first requests for admission [Doc. 18]. This Court ordered expedited briefing on the matter and ordered plaintiff to file a response, if any, by December 5, 2022. That time has expired, and no response was filed.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to deem admitted its first requests for admission [Doc. 18] is GRANTED.

Dated this 7th day of December, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1